**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7810**

_____

GARNET N. PRICE,

                                               Petitioner - Appellant,

     versus

WARDEN OF THE AUGUSTA CORRECTIONAL CENTER,

                                             Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-00-439-7)

_____

Submitted:  June 21, 2001         Decided:  June 27, 2001

_____

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael Morchower, MORCHOWER, LUXTON & WHALEY, Richmond, Virginia, for Appellant.  Kathleen B. Martin, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Garnet N. Price seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Price v. Warden Augusta Corr. Ctr., No. CA-00-439-7 (W.D. Va. Oct. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2